Figueroa, Recurrente, *v.* El Registrador de Arecibo, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Arecibo denegando la inscripción de una escritura de compraventa.

No. 305.—Resuelto en febrero 23, 1917.

Bienes Privativos—Adquisición en Estado de Soltería—Inscripción Mediante Información de Dominio a Favor de la Esposa—Presunción de Bienes Gananciales—Defecto Subsanable.—Inscrita una finca a favor de la esposa mediante información de dominio practicada y aprobada al efecto, sin que conste por alguno de los medios reconocidos en la ley que se trata de un bien privativo, ni qué edad tuviera cuando la adquirió, ni cuál fuera su estado, debe presumirse ganancial; no bastando a destruir esta presunción, privando

al esposo de la participación que pueda tener en el inmueble, la simple manifestación hecha por la esposa al otorgar una escritura de venta de la finca, de haberla adquirido en estado de soltería. Sin embargo, a los efectos de la inscripción de la escritura de venta en el registro, el defecto no es insubsanable, sino que puede subsanarse justificándose en forma debida el estado de soltería de la vendedora al tiempo de adquirir la finca vendida al recurrente.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Luis Mercader.*

El registrador recurrido, Sr. Raúl Benedicto, no compareció.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Por escritura pública No. 155 otorgada en la ciudad de Arecibo a 18 de diciembre de 1916, ante el notario Luis Mercader, Sofía Esperanza Hudo, de cuarenta años de edad, y casada a la sazón con Miguel Hudo Roca, vendió a Jesús Figueroa Torres, por precio de $2,000, una finca urbana compuesta de casa y solar radicados en la calle del Capitán Correa, barrio de la Monserrate de dicha ciudad, marcada con el número 6, la que según expresa había adquirido de José Hudo Parra en estado de soltería, por el año de 1885, e inscrito en el Registro de la Propiedad de Arecibo mediante información de dominio practicada y aprobada al efecto.

Presentado dicho documento al Registrador de la Propiedad de Arecibo para su inscripción, fué ésta denegada por medio de nota que literalmente dice así:

"Denegada la inscripción de este documento porque del registro consta que ella adquirió la finca siendo casada y la vende sin el consentimiento de su esposo, no habiéndose acreditado su estado de soltería al tiempo de adquirir, tomando de esta denegación la correspondiente anotación por 120 días que determina la ley, en el tomo 4º. de Arecibo, al folio 51, finca número 168, anotación A. Arecibo, P. R., enero 4, 1917. El Registrador, Raúl Benedicto."

Esta nota he sido recurrida por el comprador para ante esta Corte Suprema y está sometida a nuestra consideración.

El asiento de inscripción en el Registro de la Propiedad de Arecibo, de la finca de que se trata, a favor de Sofía Es-

peranza Hudo, muestra que ésta, casada con Miguel Hudo, acudió a la Corte de Distrito del Distrito Judicial de Arecibo solicitando acreditar el dominio de dicha finca la que adquirió por compra a José Hudo Parra en el año 1885, y que la expresada corte por resolución de 5 de febrero de 1916 aprobó la información practicada y declaró justificado a favor de Sofía Esperanza Hudo el dominio pleno de la finca.

Alega el recurrente que Sofía Esperanza Hudo era soltera en el año de 1885 en que adquirió la finca inscrita a su favor y que soltera tenía que ser entonces por la razón de que contando cuarenta años de edad cuando otorgó la escritura de 18 de diciembre de 1916 claramente se infiere que sólo tenía nueve años en aquella fecha, edad que la inhabilitaba para contraer matrimonio; pero como del registro no aparece qué edad tuviera Sofía Esperanza Hudo al verificar la adquisición en 1885 ni cuál fuera su estado, no es posible afirmar que la finca inscrita a su favor ya casada sea privativamente suya, pues inscrita una finca a favor de persona casada sin que conste por alguno de los medios reconocidos en la ley que se trata de un bien privativo, debe presumirse ganancial.

La simple manifestación hecha por Sofía Esperanza Hudo al otorgar la escritura de 18 de diciembre de 1916, de haber adquirido la finca en estado de soltería no es bastante a destruir aquella presunción privando al esposo de la participación que pueda tener en ella.

Existe el defecto que en su nota apunta el registrador; pero estimamos que tal defecto no es insubsanable sino que puede subsanarse justificándose en forma debida el estado de soltería de Sofía Esperanza Hudo al tiempo de adquirir la finca vendida al recurrente.

Es de revocarse la nota recurrida, ordenándose al registrador verifique la inscripción solicitada con el defecto subsanable de no aparecer del registro que la vendedora adquiriera la finca en estado de soltería.

> *Revocada la nota recurrida y ordenada la inscripción solicitada con defecto subsanable.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.